**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Daniel S. Guerra (State Bar No. 267559)
Ines Diaz Villafana (State Bar No. 354099)
Joshua B. Glatt (State Bar No. 354064)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
        dguerra@bursor.com
        idiaz@bursor.com
        jglatt@bursor.com
        jwilner@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEO LABRUSCIANO-CARRIS, individually and on behalf of all other persons similarly situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>HP HOOD LLC,<br><br>                              Defendant. | Case No. 3:25-cv-09637-AMO<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:  Hon. Araceli Martínez-Olguín |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Theo Labrusciano-Carris hereby dismisses, *without* prejudice, his claims against Defendant HP Hood LLC.  Each party shall bear its own costs and expenses.

Dated: January 28, 2026          **BURSOR & FISHER, P.A**.

By:     /s/ *L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Daniel S. Guerra (State Bar No. 267559)
Ines Diaz Villafana (State Bar No. 354099)
Joshua B. Glatt (State Bar No. 354064)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
          dguerra@bursor.com
          idiaz@bursor.com
          jglatt@bursor.com
          jwilner@bursor.com

*Attorneys for Plaintiff*